No. 98–5238.  DUKES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–5239.  GLOSTER *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–5240.  GORDON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–5241.  FOX *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 98–5242.  HENSLER *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 98–5243.  WILSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–5244.  WILSON *v.* STEPHENS, ASSISTANT WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–5245.  ATMAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–5246.  BUTLER *v.* GAMMICK, DISTRICT ATTORNEY, WASHOE COUNTY, NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 98–5247.  JEFFERY *v.* EVERETT.  C. A. 5th Cir.  Certiorari denied.

No. 98–5249.  WRIGHT *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–5250.  BOZELLA *v.* GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 98–5251.  ASHWORTH *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–5252.  COUSINS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.